United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANE CALAMIA,
Plaintiff,
v.
TRANSUNION LLC,
Defendant.

Case No. 26-cv-10699-NC

**ORDER GRANTING IFP APPLICATION; SCREENING COMPLAINT UNDER 28 U.S.C. § 1915**

Re: ECF 1, 2

Self-represented Plaintiff Shane Calamia filed a civil lawsuit in this Court against TransUnion LLC alleging Fair Credit Reporting Act violations. ECF 1. Calamia also applied "in forma pauperis" (IFP) to proceed without paying Court filing fees. ECF 2.

This Order grants Calamia's IFP application. This Order also screens the complaint and finds it sufficient.

## I. PRELIMINARY PROCEDURAL ISSUES

### A. Free Help Offered for Self-Represented Litigants

As a free service to self-represented civil litigants, the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice. The Federal Pro Se Program is available by phone appointment at (408) 297-1480. There are also online resources available on the Court's webpage. The Pro Se Handbook, found at: http://www.cand.uscourts.gov/pro-se-litigants/, has a downloadable version of the Court's

United States District Court
Northern District of California

publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.

**B. Plaintiff is Asked to File the Form Either Consenting or Declining Magistrate Judge Jurisdiction**

This case has been assigned to a United States Magistrate Judge. For the Magistrate Judge to keep the case, all parties must consent to the jurisdiction of a Magistrate Judge. If all parties consent, the Magistrate Judge will preside over the entire case until Judgment. No District Court Judge will review the decisions. Any appeal will be directed to the Ninth Circuit Court of Appeals. If not all parties consent, the case will be reassigned to a U.S. District Court Judge.

The attached form is designed so that a party may consent or decline the jurisdiction of a Magistrate Judge. An electronic version of form may be found at: https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/MJ_Consent-Declination_Form_10-2020.pdf. Plaintiff is asked to complete and file this form by October 16, 2026. The Defendant will be asked to complete and file the form after appearing in the case.

## II. THE COURT GRANTS CALAMIA'S IFP APPLICATION

Calamia's IFP application is granted because Plaintiff has demonstrated that he cannot pay the court filing fees.

## III. THE COMPLAINT IS SUFFICIENT

Title 28 U.S.C. § 1915(e)(2) requires the Court to screen complaints filed by persons proceeding in forma pauperis who are unable to pay court filing fees. In its review, the Court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc).

The Court finds Calamia's complaint sufficiently states a claim for relief under the Fair Credit Reporting Act. Defendant is not precluded from asserting defenses and moving to dismiss the complaint.

United States District Court
Northern District of California

## IV. CONCLUSION

The Court grants Calamia's IFP application. The Court, upon screening Calamia's complaint, finds it complies with the rules of pleading. The Court orders the United States Marshals Service to serve this Order, the complaint, and summons on Defendant.

Plaintiff is ordered to file the form (a blank copy is on the next page) either consenting or declining the jurisdiction of a magistrate judge, by October 16, 2026.

**IT IS SO ORDERED.**

Dated: September 25, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge